**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 §
Lawrence J. Mack § Case No. 14-15708
 §
 Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/26/2014 . The undersigned trustee was appointed on 04/26/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 37,848.10 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 338.49 |
| Bank service fees | | 636.03 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 36,873.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/07/2014 and the deadline for filing governmental claims was 10/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,534.81 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,534.81 , for a total compensation of $ 4,534.81 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.86 , for total expenses of $ 9.86 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2016                By:/s/Joji Takada, Chapter 7 Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-15708 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Lawrence J. Mack | | | | Date Filed (f) or Converted (c): | 04/26/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/16/2014 |
| For Period Ending: | 04/18/2016 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account Pnc | 338.97 | 0.00 | | 0.00 | FA |
| 3. Checking Account Pnc Bank Xxxx3794 Value Listed Is 1/2 Of Ba | 1,348.68 | 0.00 | | 0.00 | FA |
| 4. Savings Account Xxxxx2383 (Value Listed Is 1/2 Of The Balanc | 1,511.54 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings Including Furntiure 15-25 Ye | 500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary Wearing Apparel Location: In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Ira Xxxxx3321 Location: Held By Pnc | 3,676.32 | 0.00 | | 0.00 | FA |
| 8. Sep Ira Xxxx9736 Location: Held By Pnc | 7,035.22 | 0.00 | | 0.00 | FA |
| 9. Union Pension Location: Held In Trust | Unknown | 0.00 | | 0.00 | FA |
| 10. Brokerage Account Td Ameritrade Xxxxxx6734 | 7,034.64 | 7,034.64 | | 7,214.62 | FA |
| 11. Mutual Funds Prudential Account #Xxxxx5436 | 28,254.25 | 28,254.25 | | 30,633.48 | FA |
| 12. 2003 Dodge Ram (150.000 Miles) Vehicle Is Titled In Debtor's | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Mercury Mariner(105,00 Miles) (Value Listed Is 1/2 Of T | 1,347.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Mazda Cx7 (80,000 Miles) Debtor Has Legal Title Of Veh | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2011 Cadillac Location: In Debtor's Possession | 24,603.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $76,749.62    $35,288.89    $37,848.10    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Notice to stock brokerage accounts to liquidate accounts per bankruptcy - Joji Takada 7/24/2014

Correspondence with Debtor attorney regarding liquidating the non-exempt brokerage accounts and turnover of funds. - Joji Takada 8/20/2014

Proceeding with liquidation of non-exempt brokerage accounts. -- Joji Takada 11/30/2014

Brokerage accounts liquidated; Trustee to hire accountant to prepare necessary tax returns. - Joji Takada 4/1/2015

Accountant preparing tax returns. - Joji Takada 4/14/2015

Tax returns filed; Waiting for prompt determination. - Joji Takada 6/24/2015

TFR in process. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 04/26/2015    Current Projected Date of Final Report (TFR): 12/26/2015

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit B

| Case No: | 14-15708 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Lawrence J. Mack | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9975 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0607 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/18/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8381 | Transfer of Funds | 9999-000 | $7,198.36 | | $7,198.36 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,188.36 |
| 02/27/15 | 11 | Prudential | Liquidation of brokerage account Liquidation of Prudential brokerage account | 1129-000 | $30,633.48 | | $37,821.84 |
| 03/02/15 | 1001 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $41.49 | $37,780.35 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.59 | $37,767.76 |
| 04/01/15 | 10 | TD Ameritrade Clearing | Liquidation of brokerage account Final dividend paid re TD Ameritrade brokerage account | 1129-000 | $6.26 | | $37,774.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.16 | $37,717.86 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.27 | $37,663.59 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.00 | $37,607.59 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.10 | $37,553.49 |
| 07/28/15 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Estate tax payment re Illinois | 2820-000 | | $297.00 | $37,256.49 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.82 | $37,200.67 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.31 | $37,145.36 |

Page Subtotals:    $37,838.10    $692.74

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                    Exhibit B

| Case No: | 14-15708 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Lawrence J. Mack | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9975 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0607 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/18/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.45 | $37,091.91 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.15 | $37,036.76 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.29 | $36,983.47 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.98 | $36,928.49 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.91 | $36,873.58 |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,838.10 | $964.52 |
| Less: Bank Transfers/CD's | $7,198.36 | $0.00 |
| Subtotal | $30,639.74 | $964.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,639.74 | $964.52 |

Page Subtotals:  $0.00   $271.78

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-15708  
Case Name: Lawrence J. Mack  
Taxpayer ID No: XX-XXX0607  
For Period Ending: 04/18/2016  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8381  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/14 | 10 | TD Ameritrade Clearing | Liquidation of brokerage account TD Ameritrade brokerage account | 1129-000 | $7,208.36 | | $7,208.36 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,198.36 |
| 01/26/15 | | Transfer to Acct # xxxxxx9975 | Transfer of Funds | 9999-000 | | $7,198.36 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,208.36 | $7,208.36 |
| Less: Bank Transfers/CD's | $0.00 | $7,198.36 |
| Subtotal | $7,208.36 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,208.36 | $10.00 |

Page Subtotals:                    $7,208.36              $7,208.36

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8381 - Checking | $7,208.36 | $10.00 | $0.00 |
| XXXXXX9975 - Checking | $30,639.74 | $964.52 | $36,873.58 |
|  | $37,848.10 | $974.52 | $36,873.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $37,848.10 |
| Total Gross Receipts: | $37,848.10 |

Page Subtotals:                        $0.00            $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15708  
Debtor Name: Lawrence J. Mack  
Claims Bar Date: 10/7/2014  

Date: April 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $4,534.81 | $4,534.81 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $9.86 | $9.86 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $297.00 | $297.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,494.50 | $1,494.50 |
| 100 3420 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | First Bank<br>C/O Michael A. Campbell<br>Polsinelli Pc<br>100 S. Fourth St., Ste. 1000<br>St. Louis, Mo 63102 | Unsecured | | $0.00 | $238,122.45 | $238,122.45 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,958.00 | $3,977.42 | $3,977.42 |
| 3 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $1,391.00 | $1,438.13 | $1,438.13 |
| 4 300 7100 | Navient Solutions, Inc.<br>Department Of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635 | Unsecured | | $30,606.00 | $29,689.79 | $29,689.79 |
| | Case Totals | | | $35,955.00 | $279,563.96 | $279,563.96 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                         Printed: April 18, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-15708                                                                                    Date: April 18, 2016
Debtor Name: Lawrence J. Mack
Claims Bar Date: 10/7/2014

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15708
Case Name: Lawrence J. Mack
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 36,873.58

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 4,534.81 | $ 0.00 | $ 4,534.81 |
| Trustee Expenses: Joji Takada | $ 9.86 | $ 0.00 | $ 9.86 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,494.50 | $ 0.00 | $ 1,494.50 |
| Other: Illinois Department of Revenue | $ 297.00 | $ 297.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,039.17

Remaining Balance $ 30,834.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 273,227.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Bank | $ 238,122.45 | $ 0.00 | $ 26,872.69 |
| 2 | DISCOVER BANK | $ 3,977.42 | $ 0.00 | $ 448.86 |
| 3 | N. A. Capital One Bank (Usa) | $ 1,438.13 | $ 0.00 | $ 162.30 |
| 4 | Navient Solutions, Inc. | $ 29,689.79 | $ 0.00 | $ 3,350.56 |

    Total to be paid to timely general unsecured creditors    $ 30,834.41

    Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE