# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-15708 |
| | ) | |
| Lawrence J. Mack | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

## CERTIFICATE OF SERVICE

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated: May 19, 2016                    /s/ Joji Takada
                                                            Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

## SERVICE LIST

| | | |
|---|---|---|
| Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov | Tiffany R Harper<br>tharper@polsinelli.com,<br>pfleming@polsinelli.com | Mark D Weisman<br>midway@prodigy.net |
| Lawrence J. Mack<br>3807 Highknob Circle<br>Naperville, IL 60564 | First Bank<br>c/o Michael A. Campbell<br>Polsinelli PC<br>100 S. Fourth St., Ste. 1000<br>St. Louis, MO 63102 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |

{00010737 / 2015 / 000 /}                    1

| | |
|---|---|
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |