# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Lawrence J. Mack | § | Case No. 14-15708 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 24,603.00 *(Without deducting any secured claims)* | Assets Exempt: 16,857.73 |
| Total Distributions to Claimants:  30,834.41 | Claims Discharged Without Payment:  553,541.83 |
| Total Expenses of Administration:  7,013.69 | |

3) Total gross receipts of $ 37,848.10  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 37,848.10  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 37,071.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,013.69 | 7,013.69 | 7,013.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 310,032.45 | 273,227.79 | 273,227.79 | 30,834.41 |
| **TOTAL DISBURSEMENTS** | $ 347,103.45 | $ 280,241.48 | $ 280,241.48 | $ 37,848.10 |

4)  This case was originally filed under chapter 7 on  04/26/2014 .  The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2017                    By:/s/Joji Takada, Chapter 7 Trustee
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Brokerage Account Td Ameritrade Xxxxxx6734 | 1129-000 | 7,214.62 |
| Mutual Funds Prudential Account #Xxxxx5436 | 1129-000 | 30,633.48 |
| TOTAL GROSS RECEIPTS | | $ 37,848.10 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 US Bank 425 Walnut Cincinnati OH 45202 | | 30,432.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 WFFNB/Home | | | | | |
| | Projects CSCL DSP TM MAC | | | | | |
| | N8235-04M P.O. Box 14517 | | | | | |
| | Des Moines IA 50306 | | 6,639.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 37,071.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 4,534.81 | 4,534.81 | 4,534.81 |
| Joji Takada | 2200-000 | NA | 9.86 | 9.86 | 9.86 |
| Arthur B Levine Company | 2300-000 | NA | 41.49 | 41.49 | 41.49 |
| Associated Bank | 2600-000 | NA | 626.03 | 626.03 | 626.03 |
| The Bank of New York Mellon | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Illinois Department of Revenue | 2820-000 | NA | 297.00 | 297.00 | 297.00 |
| Callero and Callero LLP | 3410-000 | NA | 1,494.50 | 1,494.50 | 1,494.50 |
| Callero and Callero LLP | 3420-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 7,013.69** | **$ 7,013.69** | **$ 7,013.69** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Capital One P.O. Box 30281 Salt Lake City UT 84130 | | 1,391.00 | NA | NA | 0.00 |
| | Creditor # :2 Discover Financial Services P.O. Box 15316 Wilmington DE 19850-5316 | | 3,958.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :3 First Bank c/o Poisinelli PC 161 N. Clark, #4220 Chicago IL 60601 | | 238,122.45 | NA | NA | 0.00 |
| | Creditor # :4 Sallie Mae P.O. Box 9635 Wilkes Barre PA 18773-9635 | | 30,606.00 | NA | NA | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 3,958.00 | 3,977.42 | 3,977.42 | 448.86 |
| 1 | First Bank | 7100-000 | NA | 238,122.45 | 238,122.45 | 26,872.69 |
| 3 | N. A. Capital One Bank (Usa) | 7100-000 | 1,391.00 | 1,438.13 | 1,438.13 | 162.30 |
| 4 | Navient Solutions, Inc. | 7100-000 | 30,606.00 | 29,689.79 | 29,689.79 | 3,350.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 310,032.45 | $ 273,227.79 | $ 273,227.79 | $ 30,834.41 |

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 14-15708 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Lawrence J. Mack | | | | Date Filed (f) or Converted (c): | 04/26/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/16/2014 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash On Hand Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account Pnc | 338.97 | 0.00 | | 0.00 | FA |
| 3.  Checking Account Pnc Bank Xxxx3794 Value Listed Is 1/2 Of Ba | 1,348.68 | 0.00 | | 0.00 | FA |
| 4.  Savings Account Xxxxx2383 (Value Listed Is 1/2 Of The Balanc | 1,511.54 | 0.00 | | 0.00 | FA |
| 5.  Household Goods And Furnishings Including Furntiure 15-25 Ye | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Ordinary Wearing Apparel Location: In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Ira Xxxxx3321 Location: Held By Pnc | 3,676.32 | 0.00 | | 0.00 | FA |
| 8.  Sep Ira  Xxxx9736 Location: Held By Pnc | 7,035.22 | 0.00 | | 0.00 | FA |
| 9.  Union Pension Location: Held In Trust | Unknown | 0.00 | | 0.00 | FA |
| 10. Brokerage Account Td Ameritrade Xxxxxx6734 | 7,034.64 | 7,034.64 | | 7,214.62 | FA |
| 11. Mutual Funds Prudential Account #Xxxxx5436 | 28,254.25 | 28,254.25 | | 30,633.48 | FA |
| 12. 2003 Dodge Ram (150.000 Miles) Vehicle Is Titled In Debtor's | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Mercury Mariner(105,00 Miles) (Value Listed Is 1/2 Of T | 1,347.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Mazda Cx7 (80,000 Miles)  Debtor Has Legal Title Of Veh | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2011 Cadillac Location: In Debtor's Possession | 24,603.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $76,749.62          $35,288.89                              $37,848.10          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Notice to stock brokerage accounts to liquidate accounts per bankruptcy  - Joji Takada 7/24/2014

Correspondence with Debtor attorney regarding liquidating the non-exempt brokerage accounts and turnover of funds. - Joji Takada 8/20/2014

Proceeding with liquidation of non-exempt brokerage accounts. -- Joji Takada 11/30/2014

Brokerage accounts liquidated; Trustee to hire accountant to prepare necessary tax returns. - Joji Takada 4/1/2015

Accountant preparing tax returns. - Joji Takada 4/14/2015

Tax returns filed; Waiting for prompt determination. - Joji Takada 6/24/2015

TFR in process. - Joji Takada 12/22/2015

TFR approved; Distribution issued.  - Joji Takada 6/2/2016

TDR in process. - Joji Takada 11/30/2016


Initial Projected Date of Final Report (TFR): 04/26/2015        Current Projected Date of Final Report (TFR): 12/26/2015

Case 14-15708  Doc 43  Filed 05/05/17  Entered 05/05/17 13:25:41  Desc Main
Document  Page 9 of 13

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-15708 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Lawrence J. Mack | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9975 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0607 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8381 | Transfer of Funds | 9999-000 | $7,198.36 | | $7,198.36 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,188.36 |
| 02/27/15 | 11 | Prudential | Liquidation of brokerage account Liquidation of Prudential brokerage account | 1129-000 | $30,633.48 | | $37,821.84 |
| 03/02/15 | 1001 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $41.49 | $37,780.35 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.59 | $37,767.76 |
| 04/01/15 | 10 | TD Ameritrade Clearing | Liquidation of brokerage account Final dividend paid re TD Ameritrade brokerage account | 1129-000 | $6.26 | | $37,774.02 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.16 | $37,717.86 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.27 | $37,663.59 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.00 | $37,607.59 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.10 | $37,553.49 |
| 07/28/15 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Estate tax payment re Illinois | 2820-000 | | $297.00 | $37,256.49 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.82 | $37,200.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $37,838.10 | $637.43 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15708 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence J. Mack | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX9975 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0607 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/07/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.31 | $37,145.36 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.45 | $37,091.91 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.15 | $37,036.76 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.29 | $36,983.47 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.98 | $36,928.49 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.91 | $36,873.58 |
| 07/08/16 | 1003 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $4,534.81 | $32,338.77 |
| 07/08/16 | 1004 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $9.86 | $32,328.91 |
| 07/08/16 | 1005 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $1,494.50 | $30,834.41 |
| 07/08/16 | 1006 | First Bank C/O Michael A. Campbell Polsinelli Pc 100 S. Fourth St., Ste. 1000 St. Louis, Mo 63102 | Final distribution per court order. | 7100-000 | | $26,872.69 | $3,961.72 |
| 07/08/16 | 1007 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $448.86 | $3,512.86 |

| | | | Page Subtotals: | | $0.00 | $33,687.81 |
|---|---|---|---|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-15708 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Lawrence J. Mack | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9975 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0607 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | 1008 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $162.30 | $3,350.56 |
| 07/08/16 | 1009 | Navient Solutions, Inc. Department Of Education Loan Services P.O. Box 9635 Wilkes-Barre, Pa 18773-9635 | Final distribution per court order. | 7100-000 | | $3,350.56 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,838.10 | $37,838.10 |
| Less: Bank Transfers/CD's | $7,198.36 | $0.00 |
| Subtotal | $30,639.74 | $37,838.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,639.74 | $37,838.10 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $3,512.86 |

Case 14-15708    Doc 43    Filed 05/05/17    Entered 05/05/17 13:25:41    Desc Main
Document      Page 12 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-15708 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Lawrence J. Mack | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8381 |
| | Checking |
| Taxpayer ID No: XX-XXX0607 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/14 | 10 | TD Ameritrade Clearing | Liquidation of brokerage account TD Ameritrade brokerage account | 1129-000 | $7,208.36 | | $7,208.36 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,198.36 |
| 01/26/15 | | Transfer to Acct # xxxxxx9975 | Transfer of Funds | 9999-000 | | $7,198.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,208.36 | $7,208.36 |
| Less: Bank Transfers/CD's | $0.00 | $7,198.36 |
| Subtotal | $7,208.36 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,208.36 | $10.00 |

| | | |
|---|---|---|
| Page Subtotals: | $7,208.36 | $7,208.36 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8381 - Checking | $7,208.36 | $10.00 | $0.00 |
| XXXXXX9975 - Checking | $30,639.74 | $37,838.10 | $0.00 |
| | $37,848.10 | $37,848.10 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $37,848.10 |
| Total Gross Receipts: | $37,848.10 |